UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **CARL MICHAEL TAYLOR,** | : | VIOLATIONS:  21 U.S.C. §846 |
| **JAMES UNDERWOOD,** | : | (Conspiracy to Distribute and Possess With |
| **Defendants.** | : | Intent to Distribute 50 Grams or More of |
| | : | Cocaine Base); |
| | : | 21 U.S.C. §856(a)(2) |
| | : | (Unlawful Maintenance of a Premises to |
| | : | Manufacture, Distribute, Store and Use a |
| | : | Controlled Substance); |
| | : | 21 U.S.C. §861(a)(1) |
| | : | (Unlawful Employment of a Minor); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine Base Within 1000 Feet of a School); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

Between December 2005 and May 2006, within the District of Columbia and elsewhere, **CARL MICHAEL TAYLOR and JAMES UNDERWOOD**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown

to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

>   (**Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

Between December 2005 and May 2006, within the District of Columbia, **CARL MICHAEL TAYLOR and JAMES UNDERWOOD**, as the owner, lessee, and agent of a building, room and enclosure, that is, 5035 D Street, S.E., Apartment #301, Washington, D.C., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

>   (**Unlawful Maintenance of a Premises to Manufacture, Distribute, Store and Use a Controlled Substance and Aiding and Abetting**, in violation of Title 21, United States Code, Section 856(a)(2) and Title 18, United States Code, Section 2)

## COUNT THREE

Between December 2005 and May 2006, within the District of Columbia, **CARL MICHAEL TAYLOR and JAMES UNDERWOOD**, did unlawfully, knowingly and intentionally employ, hire, use, persuade, induce, entice, and coerce, a person under eighteen years of age to distribute and possess with intent to distribute a mixture and substance containing a detectable

amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

**(Unlawful Employment of a Minor and Aiding and Abetting**, in violation of Title 21, United States Code, Section 861(a)(1) and Title 18, United States Code, Section 2)

### COUNT FOUR

On or about March 10, 2006, within the District of Columbia, **CARL MICHAEL TAYLOR and JAMES UNDERWOOD**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

**(Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

### COUNT FIVE

On or about March 10, 2006, within the District of Columbia, **CARL MICHAEL TAYLOR and JAMES UNDERWOOD**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Nalle Elementary School, a public elementary school in the District of Columbia.

**(Unlawful Possession With Intent to Distribute Cocaine Base Within 1000 Feet of a School and Aiding and Abetting**, in violation of Title 21, United States Code, Section 860(a) and Title 18, United States Code, Section 2)

## COUNT SIX

On or about March 10, 2006, within the District of Columbia, **CARL MICHEL TAYLOR and JAMES UNDERWOOD**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance and Aiding and Abetting**, in violation of Title 21, United States Code, Section 844(a) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.