# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: | MAGIS. NO: |
|---|---|---|
| | **06-171** | |

v.

CARL MICHAEL TAYLOR

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

Carl Michael Taylor

FILED

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DOB:**   **PDID:**

| WARRANT ISSUED ON THE BASIS OF: | **INDICTMENT** | DISTRICT OF ARREST |
|---|---|---|

| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL MAINTENANCE OF A PREMISES TO MANUFACTURE, DISTRIBUTE, STORE AND USE A CONTROLLED SUBSTANCE;
UNLAWFUL EMPLOYMENT OF A MINOR;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE WITHIN 1000 FEET OF A SCHOOL;
SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE;
AIDING AND ABETTING

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:846; 21:856(a)(2); 21:861(a)(1); 21:841(a)(1) and 841(b)(1)(B)(iii); 21:860(a); 21:844(a); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE FACCIOLA | U.S. MAGISTRATE JUDGE FACCIOLA | 6/15/06 |
| CLERK OF COURT: | BY DEPUTY CLERK | DATE: |
| Nancy Mayer-Whittington | | 6/15/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 6-15-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 6-21-06 | SEAN McLEOD SDUSM | *McLeod* |
| HIDTA CASE: Yes   No  X | | OCDETF CASE: Yes   No  X |