## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **Criminal No. 06-171-01-02 (HHK)** |
| | : | |
| | : | |
| v. | : | **Status Hearing:   June 27, 2006** |
| | : | |
| | : | |
| **CARL MICHAEL TAYLOR,** | : | |
| **JAMES UNDERWOOD,** | : | |
| **DEFENDANTS.** | : | |

### GOVERNMENT'S MOTION & NOTICE OF DEFENDANTS' PRIOR CONVICTIONS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves and provides this Honorable Court with notice of the previous convictions of the defendants in the matter for trial.  The Government states as follows:

Pursuant to Title 21, United States Code,  Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, CARL MICHAEL TAYLOR, has been convicted of the following offense:

| Offense | Case Number | Court/Jurisdiction | Date |
|---|---|---|---|
| CONSPIRACY TO PWID/DISTRIBUTE COCAINE BASE MORE THAN 50 GRAMS | 01-360-06 (HHK) | U.S. DISTRICT COURT, D.C. | 04-08-05 |

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, JAMES UNDERWOOD, has been convicted of the following offenses:

| Offense | Case Number | Court/Jurisdiction | Date |
|---------|-------------|--------------------|------|
| PRISON BREACH | F-4017-96 | Washington, D.C. | 09-06-96 |
| AWIK W/ARMED | F-9904-86 | Washington, D.C. | 08-19-87 |
| MAYHEM W/ARMED | F-9904-86 | Washington, D.C. | 08-19-87 |

The United States further informs the Court that the existence of any prior conviction(s) for a felony drug offense(s) as defined by Title 21, United States Code, Section 802 (44), may subject the defendant to enhanced penalties under Title 21, United States Code, Section 841(b).  The existence of one prior qualifying drug conviction subjects the defendant to a sentence of not less than 20 years imprisonment nor more than life, while the existence of two or more prior qualifying drug convictions subjects the defendant to a mandatory life sentence without the possibility of release.

Further, the defendant(s) may face additional penalty enhancements under the federal sentencing guidelines.  These added penalty enhancements may include designation as a career offender under Section 4B of the United States Sentencing Commission's Guidelines Manuel.  Such a designation could significantly increase the defendant's sentencing exposure to 30 years to life imprisonment.

WHEREFORE, for all of the foregoing reasons, the Government respectfully moves to provide this Honorable Court with the above stated notice of prior convictions.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 246-470


By: _____
    MARTIN DEE CARPENTER
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 26th day of June, 2006, a copy of this pleading has been electronically filed at aorenberg@orenberglaw.com, to counsel for Defendant Taylor, Allen Howard Orenburg, Office No. (301) 984-8005, and carlos_vanegas@fd.org to counsel for Defendant Underwood, Carlos J. Vanegas, Office No. (202) 208-7500.


_____
MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C.  20530
(202) 514-7063