IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CR. CASE NO. 06-171(HHK) |
| | : |
| CARL MICHAEL TAYLOR | : |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF THE AUGUST 2, 2006, PLEA HEARING

COMES NOW DEFENDANT, Carl Michael Taylor, by and through his undersigned counsel, and hereby respectfully moves this Honorable Court for the entry of an Order continuing the August 4, 2006, plea hearing date to a date convenient to the Court and to the parties.

As grounds, the following is stated:

1. This Motion for continuance of the August 2, 2006, plea hearing is unopposed by Assistant U.S. Attorney Martin Carpenter.

2. This matter is presently scheduled for a plea hearing on August 2, 2006, at 9:30 a.m.

3. When the parties were last before the Court on June 20, 2006, undersigned counsel inadvertently overlooked that he has a personal matter that will interfere with the scheduled August 2, 2006, plea hearing.

4. Furthermore, the parties are enjoying ongoing discussions regarding various issues that may well affect the terms and obligations of a suitable plea agreement, as well as the Court's consideration of an appropriate sentence in this matter. Consequently, it is believed that the requested continuance will be in the interests of justice in order to allow the parties sufficient time for plea negotiations.

5. It is respectfully suggested that the Court continue the plea hearing to any of the following suggested dates, or to any other date convenient to the Court and to the

parties: August 4, August 7, August 23, August 24, August 28, September 6, or September 11, 2006.

**WHEREFORE**, for the foregoing reasons and such other reasons that may appear just and proper, Defendant, Carl Michael Taylor, by and through counsel, respectfully moves this Honorable Court for the entry of an Order continuing the August 2, 2006, plea hearing date to a date suggested herein or otherwise convenient to the Court and to the parties.

Respectfully submitted,

/s/ Allen H. Orenberg

Allen H. Orenberg (D.C. Bar 395519)
The Orenberg Law Firm, P.C.
11200 Rockville Pike
Suite 300
North Bethesda, MD 20852
Tel. No. (301) 984-8005
Fax No. (301) 468-0215
aorenberg@orenberglaw.com

Counsel for Carl Michael Taylor

### Certificate of Service

I hereby certify that on the 20th day of July, 2006, a copy of the foregoing Notice of Appearance was served via ECF (martin.carpenter2@usdoj.gov) and by facsimile (202-307-6059) to: Martin Carpenter, Esquire, Assistant United States Attorney, U.S. Attorney's Office, 555 4th Street, NW, Washington, DC 20530.

/s/ Allen H. Orenberg
Allen H. Orenberg