IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. CASE NO. 06-171(HHK) |
| | : | |
| CARL MICHAEL TAYLOR | : | |

## ORDER

Upon Consideration of the unopposed Motion filed by the Defendant for a continuance of the August 2, 2006, plea hearing, it is hereby this _____ day of _____, 2006, ORDERED, the Motion is granted.

The plea hearing in this matter will be on _____, 2006, at _____ a.m. / p.m.

_____
Judge, U.S. District Court
For the District of Columbia

Copies to:

Allen H. Orenberg, Esquire
The Orenberg Law Firm, P.C.
11200 Rockville Pike
Suite 300
North Bethesda, MD  20852

Martin Carpenter, Esquire
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington, DC  20530