# NOTICE OF APPEARANCE

CO-1506 (New 5/92)

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06 CR 171 (HHK)
)
)
Carl Taylor )
**(DEFENDANT)**

**FILED**
JAN 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**TO: NANCY MAYER-WHITTINGTON, CLERK**

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

**RECEIVED**
JAN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Paul D. Hunt    447182
(Attorney & Bar ID Number)

Law Offices of Paul Hunt
(Firm Name)

4614 Wissahican Ave.
(Street Address)

Rockville, MD    20853
(City)    (State)    (Zip)

3/565-0540
(Telephone Number)