UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States | * | |
| | * | 06cr171 (HHK) |
| | * | |
| Vs. | * | |
| | * | |
| | * | |
| Carl Taylor | * | |
| | * | |

### Unopposed Motion to Continue Sentencing

Mr. Taylor, through counsel, hereby moves to continue the above captioned matters currently set for sentencing on 4/2/07. The government does not oppose the continuance. This continuance will allow time so that Mr. Taylor can fully consider the legal options that are available to him at this time.

Respectfully Submitted,

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD 20853
Phone: 301-565-0540
Fed. Bar #447182