UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States                         *
                                      *       06cr171 (HHK)
                                      *
Vs.                                   *
                                      *
                                      *
Carl Taylor                           *
                                      *

ORDER

For the reasons stated in the defense motion to continue and the lack of opposition thereto, it is hereby;

ORDERED

1) That the motion is GRANTED and the case is set for: _____

_____

_____

_____
United States District Judge

Copies to:

Martin Carpenter
Office of the U.S. Attorney
555 4th St., NW
Washington, DC  20530

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD  20853