**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**
         Plaintiff;

vs.               **CASE NO: 06-CR-171-HHK**

**CARL MICHAEL TAYLOR**
         Defendant;

**NOTICE OF APPEARANCE**

To the Clerk of the court and all parties of record:

 Please enter my appearance as counsel in this case for Defendant Carl Michael Taylor in case number 06-CR-171-HHK.

 I certify that I am admitted to practice in this court:

April 19, 2007

              By:_____
               James Q. Butler, Esq. #490014
               Attorney at Law
               Butler Law Firm
               818 18th Street, 10th Floor
               Washington, D.C. 20006
               Telephone: (202) 223-6767
               Facsimile: (202) 223-3039
               Jqbutler1@hotmail.com

CERTIFICATE OF SERVICE

I, James Q. Butler, hereby certify that on the 19th day of April, 2007, I mailed the original and one copy of the foregoing to the Clerk of the Court and one true and correct copy of the foregoing **NOTICE OF APPEARANCE,** was mailed, postage pre-paid, to:


Clerk of the Court
United States District Court
333 Constitution Ave., NW
Washington, DC 20001


**Martin Dee Carpenter**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Suite 4814
Washington, DC 20530
(202) 514-7063
Fax: (202) 514-8707
Email: martin.carpenter2@usdoj.gov

**Paul D. Hunt**
4614 Wissahican Avenue
Rockville, MD 20853
(202) 463-1965
Email: mixey15@netzero.net


By:_____
       James Q. Butler