UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States | * | |
| | * | 06cr171(HHK) |
| Vs. | * | |
| | * | **FILED** |
| | * | |
| Carl Taylor | * | APR 2 4 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion to Withdraw

Counsel has spoken with Attorney Butler who has been retained and entered his appearance in the above captioned matter for the defendant. This counsel has advised the new counsel of the court deadlines and also discussed the case. Given his appearance in the case having been retained, this counsel respectfully moves to withdraw from this matter.

Respectfully Submitted

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD   20853
Phone: 301-565-0540
Fed. Bar #447182