UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States | * | |
| | * | 06cr171(HHK) |
| | * | |
| Vs. | * | |
| | * | |
| | * | |
| Carl Taylor | * | |

ORDER

For the reasons stated in counsel's motion to withdraw and any opposition thereto, it is hereby;

ORDERED

1) That the motion is granted and counsel Paul D. Hunt shall be permitted to withdraw from the above captioned case.

_____
United States District Judge

Copies to

Martin Carpenter
Office of the U.S. Attorney
555 4th Street NW
Washington, DC  20530

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD  20853