UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States　　　　　　　　　　＊

　　　　　　　　　　　　　　　　＊　　01cr369(HHK)
　　　　　　　　　　　　　　　　＊
Vs.　　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　＊
Carl Taylor　　　　　　　　　　＊

ORDER

For the reasons stated in counsel's motion to withdraw and any opposition thereto, it is hereby;

ORDERED

1) That the motion is granted and counsel Paul D. Hunt shall be permitted to withdraw from the above captioned case.

_____
United States District Judge

Date 5/2/07

Copies to

Martin Carpenter
Office of the U.S. Attorney
555 4th Street NW
Washington, DC  20530

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD  20853