**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
JUL 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA,**         :

    v.                                      :        Cr. No. 06-171-01  (HHK)

                                               :

**Carl Michael Taylor** :

---

### ORDER

Upon defendant's motion for a mental competency examination pursuant to 18 U.S.C. §4241, the Government's response thereto, the record herein, and it appearing to the satisfaction of the court that such relief should be granted, it is this 26th day of July, 2007;

**ORDERED** that defendant Taylor shall be transported forthwith by the United States Marshal, or his authorized designee, to FCI, Butner, North Carolina, for a psychiatric and psychological examination pursuant to 18 U.S.C. § 4247(b), for a reasonable period, but not to exceed thirty days, to determine (1) defendant Taylor's present competency and (2) whether he was competent to enter into the agreement in this case; and it is further

**ORDERED** that upon completion of the examination, a report shall be prepared and submitted to the Court pursuant to 18 U.S.C. § 4247(c), and defendant shall be forthwith transported by the United States Marshal, or his authorized designee, from FCI, Butner, North Carolina, to the D.C. Jail.

                                                        Henry H. Kennedy, Jr.
                                                        United States District Judge