UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARL MICHAEL TAYLOR,<br><br>Defendant. | Criminal 06-0171 (HHK) |

**O R D E R**

For the reasons stated in the memorandum that accompanies this order, defendant Taylor shall be transported by the United States Marshal, or his authorized designee, to the Metropolitan Correctional Center in New York, New York, for a psychiatric examination and psychological examination pursuant to 18 U.S.C. § 4241(b) for a reasonable period but not to exceed 60 days to address the following questions:

(1) Is defendant Taylor competent to participate in the present stage of this prosecution, i.e., sentencing and proceedings on his motion to withdraw his guilty plea?

(2) Was defendant Taylor competent when he entered his plea of guilty on January 11, 2007?

Upon completion of the examination, a report shall be prepared and submitted pursuant to 18 U.S.C. § 4247(c) and defendant shall be forthwith transported by the United States Marshal, or his authorized designee, from the Metropolitan Correctional Center to the District of Columbia Jail.

Dated: November 2, 2007                         Henry H. Kennedy, Jr.
                                                United States District Judge