IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Criminal No.: 06-0171 (HHK) |
| v. | : |
| **CARL MICHAEL TAYLOR,** | : |
| Defendant. | : |

GOVERNMENT'S NOTICE OF SCHEDULING PROBLEMS FOR MOTION HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully advises the Court to continue the presently scheduled motion hearing scheduled for Wednesday, April 2, 2008, made need to be changed to a new date after May 6, 2008.  As grounds for this motion the United States asserts as follows:

1. On March 12, 2008 the undersigned learned that Bureau of Prisons Psychologist Elissa Miller, who is an essential witness for the defendant, is pregnant and requires the attendance of a medical specialist on April 2, 2008, and she is unavailable to testify on the current date of the hearing.

2. Upon learning of the foregoing, undersigned counsel contacted defense counsel, James Qunicy Butler, Esq. via email notifying him of the scheduling conflict.

3.  The undersigned would like to notify the court that she will be out of the country from Wednesday, April 23, 2008 through Tuesday, May 6, 2008 .

WHEREFORE, good cause having been shown, the United States respectfully requests that a new hearing date be granted, after May 6, 2008.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney


By: _____
 S. Elisabeth Poteat, DC Bar 420604
Assistant U.S. Attorney
United States Attorney's Office
Organized Crimes and Narcotic
Trafficking Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7067
Elisabeth.S. Poteat@usdoj.gov

Case 1:06-cr-00171-HHK    Document 31    Filed 03/13/2008    Page 3 of 3