IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Criminal No.: 06-0171 (HHK) |
| | : |
| **v.** | : |
| | : |
| **CARL MICHAEL TAYLOR,** | : |
| **Defendant.** | : |

### ORDER

Upon the consideration of the schedule of Dr. Elissa Miller, the Hearing on the motion to withdraw the plea in this matter is

hereby ORDERED continued to this _____ day, _____ 2008

_____
HENRY H, KENNEDY, JR.
United States District Court Judge

cc: Elisabeth Poteat
  Assistant United States Attorney
  555 Fourth Street, N.W., Room 4120
  Washington, D.C. 20001

  James Quincy Butler, Esq.,
  Butler Legal Group PLLP;
  818 18th St NW #630;
  Washington DC 20006