IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No.: 06-0171 (HHK) |
| : | |
| **v.** : | |
| : | |
| **CARL MICHAEL TAYLOR,** : | |
| : | |
| **Defendant.** : | |
| : | |
| : | |
| : | |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE MOTION HEARING

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to continue the presently scheduled motion hearing scheduled for Wednesday, April 2, 2008, to a new date after May 6, 2008. As grounds for this motion the United States asserts as follows:

    1. On March 12, 2008 the undersigned learned that Bureau of Prisons Psychologist Elissa Miller, who is an essential witness for the government , is pregnant and requires the attendance of a medical specialist and is unavailable to testify on the current date of the hearing.

    2. Upon learning of the foregoing, undersigned counsel contacted defense counsel, James Qunicy Butler, Esq. via voicemail notifying him of the undersigned intentions to continue the motion hearing and does not oppose.

    3. The undersigned would like to notify the court that she will be out of the country from Wednesday, April 23, 2008 through Tuesday, May 6, 2008 .

    WHEREFORE, good cause having been shown, the United States respectfully requests

that a new hearing date be granted, after May 6, 2008.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney


By: _____
                S. Elisabeth Poteat, DC Bar 420604
                Assistant U.S. Attorney
                United States Attorney's Office
                Organized Crimes and Narcotic
                Trafficking Division
                555 4th Street, N.W.
                Washington, D.C.  20530
                (202) 514-7067
                Elisabeth.S. Poteat@usdoj.gov