**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.: 06-0171 (HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **CARL MICHAEL TAYLOR,** | : | |
| **Defendant.** | : | |


**<u>ORDER</u>**

Upon the government's Motion to Continue Motion Hearing  in this matter,  it is

hereby  ORDERED that the Motion is granted this _____ day, March 2008


_____
HENRY H, KENNEDY, JR.
United States District Court Judge


cc: Elisabeth Poteat
   Assistant United States Attorney
   555 Fourth Street, N.W., Room 4120
   Washington, D.C. 20001

   James Quincy Butler, Esq.,
   Butler Legal Group PLLP;
   818 18th St NW #630;
   Washington DC 20006