UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARL MICHAEL TAYLOR,<br><br>Defendant. | Criminal 06-0171 (HHK) |

### ORDER

Before the court are defendant's motion to continue sentencing [#13], the government's motion for a hearing on competency and an order relieving prior counsel of the attorney-client privilege [#33], and the government's motion for a continuance of the motion hearing scheduled for April 2, 2008 [#34]. Upon consideration of the motions, the opposition thereto, and the record of this case, it is by the court this 27th of March 2008, hereby

ORDERED that defendant's motion to continue sentencing[#13] is DENIED as moot; and it is further

ORDERED that the government's motion for a hearing on competency and an order relieving prior counsel of the attorney-client privilege[#33] is GRANTED with respect to the hearing on competency[1] and DENIED with respect to relieving prior counsel of the attorney-client privilege; and it is further

ORDERED that the government's motion for a continuance [#34] is GRANTED.[2]

---

[1] The court notes that this hearing was originally scheduled for April 2, 2008 but, pursuant to this same order, will be rescheduled for a date after May 6th, 2008.

[2] Though not framed as a motion, to the extent that the government's notice of scheduling problems for motion hearing [#32] could be read as a motion for continuance, the motion is DENIED as moot in light of the court's ruling on the properly framed motion for

The Clerk of the Court is instructed to reschedule the hearing to a time and date after May 6th, 2008 when the business of the court so permits.

Henry H. Kennedy, Jr.<br>
United States District Judge

---

continuance [#34].